UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GARY WILLIAM TORRESI,

    Plaintiff,

v.                                              CASE NO. 8:16-cv-2257-T-23JSS

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

**ORDER**

      Gary William Torresi sues (Doc. 1) the Commissioner of Social Security and requests review of the Commissioner's denial of disability benefits and Supplemental Security Income payments. In a thorough report, Magistrate Judge Sneed recommends (Doc. 16) affirming the Commissioner's decision, which comports with the applicable legal standard and which is supported by substantial evidence. More than fourteen days after the entry of the report and recommendation, no objection appears. Because the magistrate's report appears correct, the report and recommendation (Doc. 16) is **ADOPTED**. The clerk is directed to enter judgment for the Commissioner of Social Security and against Gary William Torresi and to close the case.

      ORDERED in Tampa, Florida, on May 30, 2017.

                                                                     STEVEN D. MERRYDAY
                                                  UNITED STATES DISTRICT JUDGE